IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ESTHER SAUNDERS : CIVIL ACTION
:
v. :
:
DENNIS POWELL, Parole Agent, :
ET AL. : NO. 08-5839

ORDER

AND NOW, this 28th day of January, 2009, plaintiff having filed a pro se civil complaint, a motion to re-file a complaint filed in a prior civil action,[1] and a financial statement,[2] it is **ORDERED** as follows:

(1) The instant civil action is DISMISSED, and the papers filed in this case shall be filed in Civil Action No. 08-0346;

(2) The Clerk of Court shall refund the $10 which plaintiff has paid toward the filing fee in the instant case; and

(3) The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Harvey Bartle
HARVEY BARTLE, III, CH. J.

---

1. Plaintiff was dismissed as a co-plaintiff in Civil Action No. 08-0346 for failure to file an adequate motion to proceed in forma pauperis. The Court interprets plaintiff's motion to re-file as an attempt to be reinstated as a party in Civil Action No. 08-0346.

2. Plaintiff's financial statement is in support of a motion to proceed in forma pauperis, however, no such motion has been filed in this case. Plaintiff also remitted a payment of $10 toward the filing fee.